UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:18-cv-11150-LTS

RAOUL MARRADI,

    Plaintiff,

vs.

N&R REALTY TRUST,
NINO INDICIANI, TRUSTEE, and
RALPH BRAVOCO, TRUSTEE,

    Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

Dated this 5th day of September, 2018.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By his attorneys, | The Defendants,<br>By their attorneys, |
| /s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>147 Central Street, Suite 213<br>Lowell, Massachusetts 01852<br>Telephone: (978) 397-2400<br>Facsimile: (978) 455-1817<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Lead Counsel for Plaintiff | /s/William F. Burke, Esq.<br>William F. Burke, Esq.<br>E-mail: wburke@princelobel.com<br>Massachusetts Bar No.: 065780<br>Prince Lobel Tye LLP<br>One International Place, Suite 3700<br>Boston, Massachusetts 02110<br>Telephone: (617) 456-8025<br>Facsimile: (617) 456-8100<br>Counsel for Defendants |
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 5, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: William F. Burke, Esq.

WE HEREBY CERTIFY that on September 5, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

             By: /s/Todd W. Shulby, Esq.
                Todd W. Shulby, Esq.